FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 18, 2026**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00113-RLP-2, 8, 9 |
| Plaintiff, | ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED SCHEDULING MOTIONS |
| v. | |
| JUSTICE FORRAL, BAJUN DHUNJISHA MAVALWALLA II, and JAC DALITSO ARCHER, | |
| Defendants. | |

Before the Court is Defendant Jac Archer's expedited motion to extend certain pre-trial deadlines and set scheduling for an anticipated motion to dismiss. ECF Nos. 236, 237. The Government does not oppose the motion. Remaining co-defendants Justice Forral and Bajun Dhunjisha Mavalwalla II also do not oppose the motion.

Defendant Archer anticipates bringing a motion to dismiss based upon the First Amendment by the March 2, 2026 pretrial motions deadline. *See* ECF No. 173. Because the anticipated motion may be dispositive, Defendant Archer

ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED SCHEDULING MOTIONS  \* 1

requests that Court amend the briefing schedule such that the motion is heard before the remaining defendants' pretrial motions. Defendant Archer also asserts that discovery in this case is voluminous and requests an extension of time to complete discovery.

The Court has reviewed the record and is fully informed. While the Court agrees that judicial economy warrants amending pre-trial deadlines, Defendant Archer's proposed dates do not provide the Court adequate time to assess the merits of dispositive motions filed after Defendant Archer's anticipated motion. The limited time remaining before trial does not permit full briefing on Defendant Archer's motion before the remaining defendants' pretrial motions come due. Thus, the Motion is granted in part and the briefing schedule is amended as set forth in the Summary of Deadlines below.

**ACCORDINGLY, IT IS HEREBY SO ORDERED:**

1. Defendant Jac Archer's Motion to Expedite, **ECF No. 236**, is **GRANTED**.

2. Defendant Jac Archer's Unopposed Motion to Extend Defendants' Discovery Disclosure and Pretrial Motions Deadline and Set Motion to Dismiss Briefing Schedule, **ECF No. 237**, is **GRANTED IN PART**. The deadlines in this case are hereby amended as set forth in the Summary of Deadlines Below. All other deadlines indicated in ECF No. 173 remain unchanged.

ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED SCHEDULING MOTIONS * 2

SUMMARY OF DEADLINES

| | |
|---|---|
| Defendant Archer's Motion to Dismiss | March 2, 2026 |
|     Government Response | March 16, 2027 |
|     Defendant Reply | March 27, 2026 |
|     Hearing | April 14, 2026 at **2:30 p.m.** |
| Discovery Cutoff | March 27, 2026 |
| Remaining pre-trial motions | April 13, 2026 |
|     Responses | April 20, 2026 |
|     Replies | April 27, 2026 |
| Pretrial Conference | May 5, 2026 at **10:30 a.m**. |

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to all counsel.

DATED February 18, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED SCHEDULING MOTIONS  * 3