

Andrea K. George
Executive Director
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
509.624.7606
Attorney for Justice Forral

# UNITED STATES DISTRICT COURT
## HONORABLE REBECCA PENNELL

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Justice Forral,<br><br>Defendants. | No. 2:25-cr-00113-RLP<br><br>Notice of Providing the Government with Reciprocal Discovery |

On behalf of Justice Forral, Jac Archer and Bajun Mavalwalla II, counsel files this Notice of Providing the Government with Reciprocal Discovery.

On March 30, 2026, the Federal Defenders provided the Government with a hard drive containing the following folders and files:

1.      Pictures

2.      PJALS

3.      Range media

4.      SCSP BWC Video

5.      Video

6.      Video_1

7.      VALP

8.      Spokane Police Department Policy Manual

Dated: March 30, 2026.

Federal Defenders of Eastern Washington & Idaho
s/Andrea K. George
Andrea K. George, MN 0202125
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Andrea_George@fd.org

SERVICE CERTIFICATE

I hereby certify that on March 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which our office will send notification of such filing to the following: Earl Hicks, Assistant United States Attorneys Lisa Cartier-Giroux and Rebecca Perez.

s/Andrea K. George
Andrea K. George, MN 0202125
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Andrea_George@fd.org