UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Rebecca L. Pennell

| | |
|---|---|
| United States of America, | No.  2:25-CR-00113-RLP |
| Plaintiff, | **Proposed Supplemental Questions to the Standard Jury Questionnaire for the Eastern District of Washington** |
| v. | |
| Justice Forral, Bajun Dhunjisha Mavalwalla, II, and, Jac Dalitso Archer | |
| Defendants. | |

The United States submits the following proposed supplemental questions to the standard juror questionnaire.

Proposed Supplemental Questions to the Standard Jury Questionnaire:  1

<u>United States' Proposed Supplemental Questions</u>

1.    Have you ever been arrested or jailed?          ☐ Yes          ☐ No

   If Yes, please provide explanations to the following questions:

   Where were you arrested or jailed? _____

   When? _____

   For what charge? _____

   What was the outcome? _____

   Do you believe you were treated fairly in the process? _____

2.    Has someone close to you ever been arrested or jailed?     ☐ Yes          ☐ No

   If Yes, please provide explanations to the following questions:

   What is your relationship to the person? _____

   Where was the person arrested or jailed? _____

   When? _____

   For what charge? _____

   What was the outcome? _____

   Do you believe that person was treated fairly in the process? _____

3.    Have you, an immediate family member, or close personal friend ever had a verbal or physical altercation with a law enforcement officer?     ☐ Yes          ☐ No

   If Yes, please explain. _____

   _____

4.    Do you have any family members or close friends who either do not have or at some point did not have lawful immigration status within the United States? [You do not need to provide any further details beyond a 'Yes' or 'No']

   ☐ Yes          ☐ No

   If your answer is Yes, do you believe they were treated fairly?

   ☐ Yes          ☐ No

   If you believe they were not treated fairly, please explain. _____

   _____

   _____

Proposed Supplemental Questions to the Standard Jury Questionnaire:  2

5.  Have you, a family member, or a close friend ever been in immigration court proceedings or been deported from the United States?

☐ Yes        ☐ No

6.  Do you have any opinions about the legitimacy of arrests by federal law enforcement officers that could make it difficult for you to be fair and impartial in a case involving an arrest by federal law enforcement officers?

☐ Yes        ☐ No        If Yes, please explain. _____

_____

_____

7.  Do you have any opinions about the legitimacy of criminal prosecutions by the federal government that could make it difficult for you to be fair and impartial in a criminal prosecution brought by the federal government?

☐ Yes        ☐ No        If Yes, please explain. _____

_____

_____

8.  Some of the witnesses in this case will be federal law enforcement officers from the Federal Bureau of Investigation (FBI), the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Immigration and Customs Enforcement (ICE), Customs and Border Protections (CBP), and the Department of Homeland Security (DHS). Do you have opinions (positive or negative) of federal law enforcement, or any of the above agencies in particular, that could make it difficult for you to be fair and impartial in a case involving federal law enforcement officers?

☐ Yes        ☐ No        If Yes, please explain. _____

_____

_____

9.  Some of the witnesses in this case will be state law enforcement officers from Spokane Police Department (SPD) and Spokane County Sheriff's Department (SCSO). Do you have opinions (positive or negative) of Washington state law enforcement, or any of the above agencies in particular, that could make it difficult for you to be fair and impartial in a case involving state law enforcement officers?

☐ Yes        ☐ No        If Yes, please explain. _____

Proposed Supplemental Questions to the Standard Jury Questionnaire:  3

_____

_____

10.    Do you have any strong feelings relating to the United States' immigration policies?

☐ Yes          ☐ No          If Yes, please explain._____

_____

_____

11.    Do you or an immediate family member belong to, or subscribe to, or donate/have donated to Spokane Community Against Racism (SCAR)?
☐ Yes          ☐ No

12.    Have you or an immediate family member attended any fundraising events for Spokane Community Against Racism (SCAR)?
☐ Yes          ☐ No

13.    Are you or an immediate family member a donor to the Smith-Barbieri Foundation?
☐ Yes          ☐ No

14.    Have you watched any videos, or heard any reporting, about protests related to federal police presence, ICE Out, or No Kings?
☐ Yes          ☐ No

If Yes, has it affected your view of our criminal justice system? Please explain if and how your views have been affected and whether those views could make it difficult for you to be a fair and impartial juror.

_____

_____

_____

15.    Have you or an immediate family member attended or witnessed any protests or rallies in the last two years (2025 and 2026)?
☐ Yes          ☐ No

Proposed Supplemental Questions to the Standard Jury Questionnaire:  4

If so, when (please provide approximate date(s))? Please also indicate whether you were a spectator, a participant, or an organizer.

_____

_____

_____

If Yes, has that experience or those experiences affected your view of our criminal justice system? Please explain if and how your views have been affected and whether those views could make it difficult for you to be a fair and impartial juror.

_____

_____

_____

Proposed Supplemental Questions to the Standard Jury Questionnaire:  5