FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5/5/26

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

### Request to Conduct Electronic Reporting

The undersigned requests that the Court allow live media blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

| | | |
|---|---|---|
| Case Name: | USA v. Stuckart et al | Case No.: 2:25-cr-00113 |
| Presiding District or Magistrate Judge: | Judge Rebecca L Pennell | |
| Media Outlet: | RANGE Media | |

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| | | |
| | | |
| | | |

☑ Permission being sought for all public proceedings within the identified case.

DATED: 5/5/26     SIGNATURE: _Valerie Osier-Smith_

PRINTED NAME: _Valerie Osier Smith_

EMAIL ADDRESS: _valerie@rangemedia.co_

IT IS SO ORDERED,

☒ APPROVED        ☐ APPROVED AS MODIFIED        ☐ DENIED

DATED: May 5, 2026

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5/5/26

SEAN F. McAVOY, CLERK

### Request to Conduct Electronic Reporting

The undersigned requests that the Court allow live media blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

| Case Name: | USA v. Stuckart et al | Case No.: | 2:25-cr-00113 |

Presiding District or Magistrate Judge:  Judge Rebecca L Pennell

Media Outlet:  RANGE Media

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|------|------|--------------|
|      |      |              |
|      |      |              |
|      |      |              |

☑ Permission being sought for all public proceedings within the identified case.

DATED: 5/5/2026    SIGNATURE: _____

PRINTED NAME: Erin M. Sellers

EMAIL ADDRESS: erin@rangemedia.co

IT IS SO ORDERED,

☒ APPROVED        ☐ APPROVED AS MODIFIED        ☐ DENIED

DATED: May 5, 2026

UNITED STATES DISTRICT JUDGE