# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES v. Forral, Archer, and Mavawalla

## EXHIBIT LIST

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE<br><br>Judge Pennell | PLAINTIFF'S ATTORNEY(S)<br>Rebecca Perez<br>Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY<br><br>Andrea George<br>Amy Rubin<br>Andy Wagley<br>Carl Oreskovich<br>Matt Duggan<br>Aine Ahmed |
|---|---|---|
| TRIAL DATE<br>May 18, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1. | | | | | Archer physical phone photo |
| 1A | | | | | Archer phone extraction photo |
| 2. | | | | | Mavawalla physical phone photo |
| 2A | | | | | Mavawalla phone extraction photo |
| 3. | | | | | Forral physical phone photo |
| 3A | | | | | Forral phone extraction |
| 4. | | | | | Stuckart physical phone photo |
| 4A | | | | | Stuckart phone extraction photo |
| | | | | | **White Van** |
| 5. | | | | | Map with White van location highlighted |
| 6. | | | | | Video, Burlingame talks to people in front of white bus |
| 7. | | | | | Video, Archer with megaphone |
| 8. | | | | | Video, drone of Forral in red car |
| 9. | | | | | Video, drone of Forral in red car |

UNITED STATES v. Forral, Archer, and Mavawalla

## EXHIBIT LIST

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE<br><br>Judge Pennell | PLAINTIFF'S ATTORNEY(S)<br>Rebecca Perez<br>Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY<br><br>Andrea George<br>Amy Rubin<br>Andy Wagley<br>Carl Oreskovich<br>Matt Duggan<br>Aine Ahmed |
|---|---|---|
| TRIAL DATE<br>May 18, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 10. | | | | | Video, drone white bus, Archer with notepad |
| 10A | | | | | Enhanced video |
| 11. | | | | | Video, drone white bus and red car |
| 12. | | | | | Video, drone with Archer and notebook |
| 12A | | | | | Enhanced video |
| 13. | | | | | Video, drone Forral at tires |
| 14. | | | | | Video, drone Forral at tires and walking away |
| 15. | | | | | Video, drone footage northeast side of building |
| 16. | | | | | Video, drone footage of crowd running south |
| 16A | | | | | Enhanced video, Archer |
| | | | | | **South Gate** |
| 17. | | | | | Map with highlights of south gate and south building exit |
| 18. | | | | | Video, officers exit south building |
| 19. | | | | | Video, officers enter south gated area |
| 19A | | | | | Enhanced video, Mavawalla |
| 20. | | | | | Video, crowd running south |
| 21. | | | | | Video, crowd running south |

Page **2** of **12**

UNITED STATES v. Forral, Archer, and Mavawalla

**EXHIBIT LIST**

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE<br><br>Judge Pennell | | PLAINTIFF'S ATTORNEY(S)<br>Rebecca Perez<br>Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY<br><br>Andrea George<br>Amy Rubin<br>Andy Wagley<br>Carl Oreskovich<br>Matt Duggan<br>Aine Ahmed |
|---|---|---|---|
| TRIAL DATE<br>May 18, 2026 | | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 22. | | | | | Video, drone of south parking lot |
| 22A | | | | | Enhanced video, Mavawalla 1 |
| 22B | | | | | Enhanced video, Mavawalla 2 |
| 22C | | | | | Enhanced video, Archer |
| 23. | | | | | Video, south gate, press video |
| 24. | | | | | Video, Tomaso body cam south gate |
| 25. | | | | | Video, south gate, press video |
| 26. | | | | | Video, drone footage from north looking at south gate |
| 26A | | | | | Enhanced video, Archer |
| 26B | | | | | Enhanced video, Mavawalla |
| 27. | | | | | Video, officers exiting gated area |
| | | | | | **Barricading Gates** |
| 28. | | | | | Map of HSI building with gate highlighted |
| 29. | | | | | Video, drone of south gate carrying cones |
| 29A. | | | | | Enhanced video--Forral |
| 30. | | | | | Video, drone of south gate carrying benches |
| 31. | | | | | Video, drone of south gate with items stacked |

UNITED STATES v. Forral, Archer, and Mavawalla

## EXHIBIT LIST

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE<br><br>Judge Pennell | PLAINTIFF'S ATTORNEY(S)<br>Rebecca Perez<br>Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY<br><br>Andrea George<br>Amy Rubin<br>Andy Wagley<br>Carl Oreskovich<br>Matt Duggan<br>Aine Ahmed |
| --- | --- | --- |
| TRIAL DATE<br>May 18, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 32. | | | | | Video, drone footage carrying items |
| 33. | | | | | Video, drone footage carrying bench to southeast gate |
| 34. | | | | | Video, drone of stacking against southeast gate |
| 35. | | | | | Video, stacking against north entrance to gated area |
| 36. | | | | | Video, drone of Archer |
| 37. | | | | | Video, drone of throwing into gated area |
| 38. | | | | | Video, drone of south gate with barricades |
| | | | | | **Red Van** |
| 39. | | | | | Map of HSI Building with location of red van |
| 40. | | | | | Video, drone footage red van and SPD arrival |
| 41. | | | | | Video, drone footage of crowd moving to red van |
| 42. | | | | | Video, drone footage, crowd around van |
| 43. | | | | | Video, drone footage walking to red van and hat flip |
| 43A | | | | | Enhanced video—Mavawalla |
| 43B | | | | | Enhanced video—Mavawalla 2 |
| 44. | | | | | Video, chants at bus |
| 45. | | | | | Video, drone around red bus |

Page **4** of **12**

UNITED STATES v. Forral, Archer, and Mavawalla

**EXHIBIT LIST**

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE  Judge Pennell | PLAINTIFF'S ATTORNEY(S)  Rebecca Perez  Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY  Andrea George  Amy Rubin  Andy Wagley  Carl Oreskovich  Matt Duggan  Aine Ahmed |
|---|---|---|
| TRIAL DATE  May 18, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFE RED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 46. | | | | | Video, drone Forrall at back of bus, |
| 47. | | | | | Video, body cam Heiman and female in black shirt |
| 48. | | | | | Video, body cam Forral yelling at Heiman hitting pylon |
| 49. | | | | | Video, body cam Forrall yelling block the door |
| 49A | | | | | Video, body cam forrall block the door |
| 50. | | | | | Video, body cam Morgan |
| 51. | | | | | Video, body cam side view of Forrall |
| 52. | | | | | Video, body cam red van |
| 53. | | | | | Video, body cam pushing south line |
| 54. | | | | | Video, body cam front of red bus and Ramirez arrest |
| 55. | | | | | Video, body cam around back of bus, Ramirez running |
| 56. | | | | | Video, body cam Mavawalla linking arms |
| 57. | | | | | Video, body cam Mavawalla with backpack |
| 58. | | | | | video, drone crowd past south gate |
| 59. | | | | | Video, drone crowd surrounding vehicles |
| | | | | | **SPD and SCSO Response** |
| 60. | | | | | Drone footage, crowd on south side of street |

UNITED STATES v. Forral, Archer, and Mavawalla

## EXHIBIT LIST

Case No.: 2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE Judge Pennell | PLAINTIFF'S ATTORNEY(S) Rebecca Perez Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY Andrea George Amy Rubin Andy Wagley Carl Oreskovich Matt Duggan Aine Ahmed |
|---|---|---|
| TRIAL DATE May 18, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 61. | | | | | Drone footage, south skirmish line, first smoke deployment |
| 61A | | | | | Enhanced video |
| 62. | | | | | Image of patrol car with broken windshield |
| 63. | | | | | Drone footage, south gate crowd first smoke deployment |
| 64. | | | | | Body cam, south line, first smoke deployment |
| 65. | | | | | Body cam, first smoke deployment, Mavawalla |
| 66. | | | | | Body cam, south line, east end of skirmish line first deployment |
| 67. | | | | | Drone footage, south gate after first deployment |
| 68. | | | | | Body cam, Mavawalla umbrella |
| 69. | | | | | Drone footage, south line |
| 70. | | | | | Body cam, south line, second smoke deployment |
| 71. | | | | | Body cam, second deployment, west side of south line |
| 72. | | | | | Drone footage, second deployment |
| 73. | | | | | Drone footage, second deployment, view from south looking north |
| 73A | | | | | Enhanced video |
| 74. | | | | | Body cam Riggles |
| 75. | | | | | Stuckart Verizon records |

UNITED STATES v. Forral, Archer, and Mavawalla

**EXHIBIT LIST**

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE<br><br>Judge Pennell | PLAINTIFF'S ATTORNEY(S)<br>Rebecca Perez<br>Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY<br><br>Andrea George<br>Amy Rubin<br>Andy Wagley<br>Carl Oreskovich<br>Matt Duggan<br>Aine Ahmed |
|---|---|---|
| TRIAL DATE<br>May 18, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 75A | | | | | Stuckart Verizon 902(11) |
| 76. | | | | | Stuckart facebook post |
| 76A | | | | | Stuckart facebook 902(11) |
| 77. | | | | | Archer Facebook post |
| 77A. | | | | | Archer facebook 902(11) |
| 78. | | | | | Archer phone powerpoint |
| 79. | | | | | Tire 1 |
| 80. | | | | | Tire 1 |
| 81. | | | | | Tire 2 |
| 82. | | | | | Tire 2 |
| 83. | | | | | Mavawalla signed stipulation |
| 84. | | | | | Other trial stipulation--possible |
| 85. | | | | | Photos of signs on south gate |
| 86. | | | | | South gate press video 1 (Defense exhibit "ICE Protest video sourced from Range.mp4) |
| 87. | | | | | South gate press video 2 (Defense exhibit "20250611_172516.mp4") |
| 88. | | | | | South gate press video 3 (Stuckart_et_al-00016376) |

UNITED STATES v. Forral, Archer, and Mavawalla

**EXHIBIT LIST**

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE<br><br>Judge Pennell | | | PLAINTIFF'S ATTORNEY(S)<br>Rebecca Perez<br>Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY<br><br>Andrea George<br>Amy Rubin<br>Andy Wagley<br>Carl Oreskovich<br>Matt Duggan<br>Aine Ahmed |
| --- | --- | --- | --- | --- |
| TRIAL DATE<br>May 18, 2026 | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 89 | | | | | Demonstrative exhibit powerpoint |
| | | | | | |
| | | | | | |
| | | | | | **Screenshot Photos (Taken from Exhibits 5-74)** |
| 410 | | | | | Burlingame at white bus, Archer in background |
| 411 | | | | | Burlingame at white bus, Stuckart joins |
| 412 | | | | | People in front of white bus |
| 413 | | | | | Archer on bullhorn |
| 414 | | | | | Archer in front of white bus directing |
| 415 | | | | | Archer with clipboard |
| 416 | | | | | Archer with clipboard |
| 417 | | | | | Forrall and Lang at front tire |
| 418 | | | | | Forrall letting air out of tires |
| 419 | | | | | Forral and Lang at tires |
| 420 | | | | | Crowd following Forrall |
| 421 | | | | | Mavawalla in background |
| 422 | | | | | Forrall pointing at car |

UNITED STATES v. Forral, Archer, and Mavawalla

## EXHIBIT LIST

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE<br><br>Judge Pennell | | PLAINTIFF'S ATTORNEY(S)<br>Rebecca Perez<br>Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY<br><br>Andrea George<br>Amy Rubin<br>Andy Wagley<br>Carl Oreskovich<br>Matt Duggan<br>Aine Ahmed |
|---|---|---|---|
| TRIAL DATE<br>May 18, 2026 | | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| 423 | | | | | Mavawalla south gate |
| 424 | | | | | Mavawalla running |
| 425 | | | | | Mavawalla running |
| 426 | | | | | Archer enhanced south gate |
| 427 | | | | | Archer enhanced hands stuff to another person |
| 428 | | | | | Archer linked arms |
| 429 | | | | | Black shirt, silva, Mavawalla |
| 430 | | | | | Black shirt and Mavawalla |
| 431 | | | | | Linked arms |
| 432 | | | | | Linked arms 2 |
| 433 | | | | | Mavawalla and Burlingame |
| 434 | | | | | Mavawalla and Burlingame hand up |
| 435 | | | | | Silva pushing |
| 436 | | | | | Drone south gate |
| | | | | | |
| 437 | | | | | Forrall picks up bench |

Page **9** of **12**

UNITED STATES v. Forral, Archer, and Mavawalla

**EXHIBIT LIST**

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE<br><br>Judge Pennell | PLAINTIFF'S ATTORNEY(S)<br>Rebecca Perez<br>Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY<br><br>Andrea George<br>Amy Rubin<br>Andy Wagley<br>Carl Oreskovich<br>Matt Duggan<br>Aine Ahmed |
|---|---|---|
| TRIAL DATE<br>May 18, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 438 | | | | | Forrall carries bench from park |
| 439 | | | | | Piling items man gate |
| 440 | | | | | Piling objects on gate, Archer in view |
| 441 | | | | | Muncey and Archer |
| 442 | | | | | South gate stuff piled up |
| | | | | | |
| 443 | | | | | Linked arms behind bus |
| 444 | | | | | Linked arms side of bus |
| 445 | | | | | Benches in front of bus |
| 446 | | | | | Forrall screaming at Heiman |
| 447 | | | | | Forrall block the door |
| 448 | | | | | Hat grab 1 |
| 449 | | | | | Hat grab 2 |
| 450 | | | | | Hat grab 3 |
| 451 | | | | | Hat grab 4 |
| 452 | | | | | Forrall with stick |
| 453 | | | | | Forrall with stick on pylon |

UNITED STATES v. Forral, Archer, and Mavawalla

## EXHIBIT LIST

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY(S) | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Pennell | Rebecca Perez Lisa Cartier-Giroux | Andrea George Amy Rubin Andy Wagley Carl Oreskovich Matt Duggan Aine Ahmed |
| TRIAL DATE May 18, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 454 | | | | | Forrall with stick |
| 455 | | | | | Forrall at red van |
| 456 | | | | | Forrall at red van2 |
| 457 | | | | | Forrall at red van 3 |
| 458 | | | | | Forrall at red van 4 |
| 459 | | | | | Black shirt and Heiman |
| 460 | | | | | Mavawalla handing out masks |
| 461 | | | | | Mavawalla with red shirt |
| 462 | | | | | Mavawalla with gloves and mask |
| 463 | | | | | Mavawalla gloves and mask |
| 464 | | | | | Mavawalla handing out masks |
| 465 | | | | | Mavawalla linking arms |
| 466 | | | | | Mavawalla linked arms with red shirt |
| 467 | | | | | Ramirez Stuckart Lang holding phones |
| 468 | | | | | Flat tire |
| 469 | | | | | Flat rear tire |
| 470 | | | | | Silva and Mavawalla |

UNITED STATES v. Forral, Archer, and Mavawalla

## EXHIBIT LIST

Case No.:  2:25-CR-00113-RLP-2,8,9

| PRESIDING JUDGE<br><br>Judge Pennell | | PLAINTIFF'S ATTORNEY(S)<br>Rebecca Perez<br>Lisa Cartier-Giroux | DEFENDANT'S ATTORNEY<br><br>Andrea George<br>Amy Rubin<br>Andy Wagley<br>Carl Oreskovich<br>Matt Duggan<br>Aine Ahmed |
|---|---|---|---|
| TRIAL DATE<br>May 18, 2026 | | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 471 |  |  |  |  | Archer at south gate smoke deployment |
| 472 |  |  |  |  | Mavawalla with umbrella |
| 473 |  |  |  |  | Mavawalla front of smoke |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page **12** of **12**