FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JUSTICE FORRAL,<br>BAJUN DHUNJIHA MAVALWALLA II,<br>and JAC DALITSO ARCHER,<br><br>                    Defendants. | No. 2:25-CR-0113-RLP<br><br>ORDER APPOINTING COUNSEL FOR WITNESS<br><br>**ECF No. 324** |

Before the Court is the Government's Notice of 5th Amendment Privilege Relating to Defense Witnesses, ECF No. 324. The Government provides notice to the Court that possible witnesses who were present on June 11, 2025 may, based on their actions, be subject to potential prosecution for obstructing and impeding officers and/or assault on an officer. The Court has reviewed the notice, is fully informed, and finds good cause to appoint counsel.

        **IT IS ORDERED:**

ORDER - 1

1.    Separate counsel for potential witness Caleb Hutchinson, Laura Tewel, Liz Moore, Gian Mitchell shall be appointed.

2.    This matter is **REFERRED** to Magistrate Judge Alexander Ekstrom for appointment of CJA counsel.

3.    Judge Ekstrom should **APPOINT** defense counsel to represent Caleb Hutchinson, Laura Tewel, Liz Moore, Gian Mitchell and **PROVIDE A COPY** of this order to defense counsel.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel; Magistrate Judge Ekstrom; and the CJA Appointment Clerk.

DATED May 18, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER - 2