Jessica Wolfe, WSBA No. 52068
La Rond Baker, WSBA No. 43610
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
jwolfe@aclu-wa.org
baker@aclu-wa.org

Attorneys for *Amicus* American Civil Liberties Union
of Washington Foundation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

THE HONORABLE REBECCA PENNELL

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Justice Forral, Bajun Dhunjisha Mavalwalla II, and Jac Dalitso Arche,<br><br>Defendants. | No. 2:25-cr-00113-RLP-2<br>2:25-cr-00113-RLP-8<br>2:25-cr-00113-RLP-9<br><br>MOTION FOR EXPEDITED HEARING ON MOTION FOR LEAVE TO FILE AMICUS BRIEF<br><br>October 26, 2026<br>Without Oral Argument |



AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

Pursuant to LCivR 7(i)(2)(c),[1] the American Civil Liberties Union of Washington (ACLU-WA) moves for expedited consideration of its motion for leave to file an amicus curiae brief in support of Defendants' Rule 29 and Rule 33 Motions (ECF Nos. 374, 392, 428, 429, 430). Those Motions are set for a hearing before this Court on November 24, 2026. Amicus requests expedited consideration of the motion for leave to file so that, should this Court grant the motion, the Government will have ample time to respond to the arguments raised before the hearing, should it choose to do so. Amicus submits that this constitutes good cause to shorten the standard timeline for consideration of a non-dispositive motion, from 30 days to 7 days. *See* LCivR 7(i)(2)(c).

On October 15, 2026, the undersigned attorney conferred via email with the Government's attorneys, who indicated they object to this motion.

Dated this 19th day of October, 2026.

[1] Although Fed. R. Crim. P. 47(c) allows for a 7-day hearing notice, undersigned counsel is filing this motion for expedited consideration upon the recommendation of this Court's CM/ECF Help Desk.



AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

By: /s/ Jessica Wolfe

Jessica Wolfe, WSBA No. 52068
La Rond Baker, WSBA No. 43610
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
cpardue@aclu-wa.org

Attorneys for *Amicus* American Civil Liberties Union of Washington Foundation



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will effectuate service of a copy of this filing to all counsel/parties of record for the referenced cases.

DATED this 19th day of October, 2026.

/s/Tracie Wells
Tracie Wells, Paralegal
twells@aclu-wa.org
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184