Todd Blanche
Attorney General of the United States
Lisa C. Cartier Giroux
Rebecca R. Perez
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTICE FORALL,<br>BAJUN DHUNJIHA MAVALWALLA II, and JAC DALITSO ARCHER,<br><br>Defendants. | Case No. 2:25-CR-00113-RLP-2,8,9<br><br>UNITED STATES' NOTICE RECENT NINTH CIRCUIT AUTHORITY |

Plaintiff United States of America, by and through Lisa Cartier-Giroux and Rebecca R. Perez, Assistant United States Attorneys for the Eastern District of Washington, provides notice of a Ninth Circuit case, *Dickinson v. Trump*, 2026 WL 3403295 (9th Cir. 2026), which was published on November 10, 2026. The Ninth Circuit's published opinion contains discussion regarding the interaction between protestors and law enforcement in the context of the First Amendment. The case was published after the United States' deadline for post-trial motion

responses. The United States submits the case as Exhibit 1 for the Court's consideration.

Dated: November 19, 2026

Todd Blanche
United States Attorney General

*/s/ Rebecca R. Perez*
Rebecca R. Perez
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

*/s/ Rebecca R. Perez*
Rebecca R. Perez
Assistant United States Attorney